```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY


JACQUELINE SMITH,                   :
                                    :    HONORABLE JOSEPH E. IRENAS
        Plaintiff,                  :
                                    :    CIVIL ACTION NO. 05-4219 (JEI)
        v.                          :
                                    :
TOWNSHIP OF EAST GREENWICH,         :    ORDER GRANTING DEFENDANTS'
EAST GREENWICH TOWNSHIP             :    MOTION FOR SUMMARY JUDGMENT
POLICE DEPARTMENT, CHIEF            :         (Docket No. 23)
WILLIAM E. GIORDANO, DEPUTY         :
SCOTT A. GOESS,                     :
                                    :
        Defendants.                 :
                                    :
```

**APPEARANCES:**

FOLKMAN LAW OFFICES, P.C.
By: Heidi Kopelson, Esq.
    Benjamin Folkman, Esq.
1415 Route 70 East, Suite 407
Cherry Hill, NJ 08034
    Counsel for Plaintiff


LOUIS ROSNER
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107
    Counsel for Defendants Chief William E. Giordano and Deputy
    Scott A. Goess


ALLAN E. RICHARDSON, LLC
By: Allan E. Richardson, Esq.
    Linda A. Galella, Esq.
915 Haddon Ave.
Collingswood, NJ 08108
    Counsel for Defendants

**IRENAS,** Senior District Judge:

This matter having appeared before the Court upon Defendants' Motion for Summary Judgment, the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 30th day of October, 2007,

    **ORDERED THAT:**

        1.    Defendants' Motion for Summary Judgment (Docket No. 23) is hereby **GRANTED.**

        2.    The Clerk of Court is hereby directed to **CLOSE** this case.

                              s/    *Joseph E. Irenas*
                                **JOSEPH E. IRENAS, S.U.S.D.J.**